**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Wilson Angelo GRAHAM, Jr., a.k.a. Nu Nee, a.k.a. Noony, Defendant-Appellant.**

**No. 16-17235**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(July 27, 2017)

Yvette Rhodes, Daniel Michael Baeza, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Dionja Dyer, Federal Public Defender's Office, Tampa, FL, for Defendant-Appellant

Before MARTIN, JORDAN, and ROSENBAUM, Circuit Judges.

**PER CURIAM:**

Aliza Hochman Bloom, appointed counsel for Wilson Graham, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Graham's conviction and sentence are

**AFFIRMED.**